■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT CAVE, Appellant, v. NEW YORK STATE BOARD OF PAROLE et al., Respondents.— Judgment, Supreme Court, Ulster County, entered on March 19, 1974, affirmed, without costs. (See *Matter of Al Sabaa* [*Cyril Morgan*] v. *Casscles*, 43 A D 2d 990.) Staley, Jr., J. P., Greenblott, Sweeney, Main and Reynolds, JJ., concur.